Rory J. Linerud, OSB # 970061
Rory@LinerudLawFirm; rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| MARY FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL No. 6:22-CV-01526-MK |
| ) | |
| COMMISSIONER, SOCIAL ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, ) | PURSUANT TO THE EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| ) | |
| Defendant. ) | |

It is hereby ORDERED that attorney fees in the amount of $8,200.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned these EAJA fees to his attorney and that Plaintiff has no debt, which qualifies for offset against the award, pursuant to the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to Plaintiff's attorney, Rory Linerud, and mailed to Plaintiff's attorney's mailing address

as follows:    Rory J. Linerud
               PO Box 5734
               Salem, OR 97304

If Plaintiff has a debt, and/or if there is no valid assignment, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. IT IS SO ORDERED.

DATED this 18th day of January 2024.

s/ Mustafa T. Kasubhai  
MUSTAFA T. KASUBHAI (He / Him)  
United States Magistrate Judge

Presented by:

/s/ Rory J. Linerud  
RORY J. LINERUD  
Oregon State Bar #970061  
Attorney for Plaintiff  
Linerud Law Firm  
PO Box 5734  
Salem, OR 97304  
Phone: (971)218-6954  
Email: Rory@LinerudLawFirm.com  
Fax: (503)877-6691